# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID GONZALES,**

        **Plaintiff,**

-vs-                                                                  Case No.  6:06-cv-1735-Orl-28KRS

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL**
**SECURITY,**

        **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **COMMISSIONER'S UNOPPOSED MOTION TO REMAND (Doc. No. 12)** |
| **FILED:** | May 1, 2007 |

      The Commissioner of Social Security requests that this matter be remanded to the Social Security Administration for further proceedings under sentence six of 42 U.S.C. § 405(g), as incorporated by reference in 42 U.S.C. § 1383(c)(3), for the following reasons: "In this case, the claim file was lost, necessitating remand to reconstruct the file." Doc. No. 12 at 2. Plaintiff David Gonzales does not oppose the motion. *Id*. at 1.

      Based on the foregoing, I respectfully recommend that the motion be **GRANTED** and that this case be **REMANDED** to the Social Security Administration for further proceedings pursuant

to sentence six of 42 U.S.C. § 405(g). I further recommend that the Court direct the Clerk of Court to close the file administratively pending resolution of the proceedings on remand.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 2, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy