**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID GONZALES,**

        **Plaintiff,**

-vs-                                                                                             **Case No.  6:06-cv-1735-Orl-28KRS**

**JO ANNE B. BARNHART, COMMISSIONER OF**
**SOCIAL SECURITY,**

        **Defendant.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION TO RE-OPEN (Doc. No. 15)**
>
> **FILED:**       **July 2, 2008**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

> **MOTION:**     **MOTION TO AFFIRM THE COMMISSIONER'S DECISION SUBSEQUENT TO REMAND AND FOR ENTRY OF JUDGMENT (Doc. No. 17)**
>
> **FILED:**       **July 2, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On May, 2007, this Court remanded the present case to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g).  Doc. No. 14.  The Clerk of Court administratively closed the case pending the review on remand.

The Commissioner of Social Security now advises that Court that the proceedings on remand have been completed, and that Plaintiff was found to be disabled. The Commissioner asks the Court to reopen the case, affirm the Commissioner's decision, and enter judgment for Plaintiff. The Commissioner represents that the motion is unopposed.

Accordingly, I respectfully recommend that the Court do the following:

1. **DIRECT** the Clerk of Court to reopen the case;

2. **AFFIRM** the decision of the Commissioner of Social Security following remand;

3. **DIRECT** the Clerk of Court to enter a judgment in favor of Plaintiff; and,

4. **DIRECT** the Clerk of Court to close the case following entry of judgment.

I further recommend that counsel for the parties submit a proposed form of judgment to the Court no later than the time for filing objections to this report and recommendation.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 3, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy