UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID GONZALES,**

                **Plaintiff,**

-vs-                                            Case No. 6:06-cv-1735-Orl-28KRS

**JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY,**

                **Defendant.**

## ORDER

This case is before the Court on the Motion to Re-Open (Doc. No. 15) and the Motion to Affirm the Commissioner's Decision Subsequent to Remand and Entry of Judgment (Doc. No. 17), both filed July 2, 2008. The United States Magistrate Judge has submitted a report recommending that the motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 3, 2008 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Re-Open is **GRANTED**.

    3,    The Motion to Affirm the Commissioner's Decision Subsequent to Remand and For Entry of Judgment (Doc. No. 17) is **GRANTED**.

4.  The Clerk is directed to reopen this case.

5.  The decision of the Commissioner of Social Security following remand is **AFFIRMED**.

6.  The Clerk is directed to enter a judgment in favor of Plaintiff.

7.  After entry of judgment, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __28__ day of July, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party