UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID GONZALES,

                    **Plaintiff,**

-vs-                                          Case No. 6:06-cv-1735-Orl-28KRS

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY,

                    **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Amended Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412 (D) (Doc. No. 23) filed September 26, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted. The United States Magistrate Judge has also recommended that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(D) (Doc. No. 21) be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 30, 2008 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Award Attorney's Fees (Doc. No. 21) is **DENIED as moot.**

3. Plaintiff's Amended Motion for Attorney's Fees (Doc. No. 23) is **GRANTED**.

4. The Commissioner of Social Security shall pay Plaintiff's attorney, Shea Fugate, $1,264.55 in attorney's fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22 day of October, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party